# CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14** days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION: ANJRPC v. Att'y Gen. of New Jersey

USCA NO.: 24-2450

LOWER COURT or AGENCY and DOCKET NUMBER:
U.S. District Court - District of New Jersey; 22-cv-4397 (Ellman) and 22-cv-4360 (Cheeseman)

NAME OF JUDGE: Honorable Peter G. Sheridan

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

Three sets of plaintiffs sought declaratory and injunctive relief under 42 U.S.C. § 1983 against State, county, and local officials. Two sets of plaintiffs, Cheeseman et al. and Ellman et al., claim that N.J. Stat. Ann. § 2C:39-1(w)'s restrictions on assault firearms violates the Second and Fourteenth Amendments. One set of plaintiffs, Association of New Jersey Rifle and Pistol Clubs, et al., claim that N.J.S.A. §§ 2C:39-1(y); 2C:39-3(j), which restrict large-capacity magazines, violate the Second, Fifth, and Fourteenth Amendments. The actions were consolidated in the district court. District Judge Peter G. Sheridan issued an order and opinion on July 30, 2024, which granted in part and denied in part both parties' cross-motions for summary judgment. The State appeals the judgment as it relates to N.J. Stat. Ann. § 2C:39-1(w)'s prohibition on Colt AR-15s.

LIST and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

Order entered on July 30, 2024
Opinion entered on July 30, 2024

Provide a short statement of the factual and procedural background, which you consider important to this appeal:

The Ellman plaintiffs filed their operative complaint in the District Court on July 1, 2022 and the Cheeseman plaintiffs filed their operative complaint in the District Court on July 14, 2022. Plaintiffs' amended complaints attempted to renew their claims post-Bruen that New Jersey's statutes regulating assault weapons and large capacity ammunition magazines. The cases were consolidated for discovery purposes on February 6, 2023. Discovery, which included expert discovery, ended on August 31, 2023.

At the close of discovery, Plaintiffs and the Att'y General cross-moved for summary judgment. The Attorney General also filed Daubert motions and motions to strike certain of Plaintiffs' expert's testimony. On July 30, 2024, the Court granted summary judgment in part and denied it in part. In that same order the Court denied the Attorney General's Daubert motion and motion to strike. The Court issued declaratory relief against N.J. Stat. Ann. § 2C:39-1(w)'s assault weapons restriction, but limited relief only as to the Colt AR-15. The Court upheld the LCM law, N.J.S.A. §§ 2C:39-1(y); 2C:39-3(j).

Identify the issues to be raised on appeal:

Did the district court err in invalidating N.J. Stat. Ann. § 2C:39-1(w)'s assault weapons restriction as to Colt AR-15s?

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record

this 23rd day of August, 20 24.

/s/ Daniel M. Vannella

Signature of Counsel

Rev. 07/2015