# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Association of New Jersey Rifle & Pistol Clubs et al. v. Platkin; Cheeseman v. Platkin; Ellman v. Platkin (Consolidated below)

APPEAL FROM DISTRICT COURT:
District: District of New Jersey
D.C. Docket No.: Cheeseman - No. 22-CV-4360; Ellman - No. 22-CV-4397
Date proceedings initiated in D.C.: Cheeseman - June 30, 2022; Ellman - July 1, 2022
Date Notice of Appeal filed: August 5, 2024
USCA No.: 24-2450

## COUNSEL ON APPEAL

**Appellant(s)**: Matthew Platkin, Attorney General of New Jersey; Colonel Patrick Callahan; Elizabeth Parvin; and Bradley Billhimer
Name of Counsel: Daniel Vannella
Name of Party(ies): Matthew Platkin; Colonel Patrick Callahan; Eizabeth Parvin; and Bradley Billhimer
Address: New Jersey Office of the Attorney General, 25 Market St., Trenton, NJ 08625, P.O. Box 112
Telephone No.: (609) 376-2776
Fax No.:
E-mail: Daniel.Vannella@law.njoag.gov

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Bradley P. Lehman
Name of Party(ies): Mark Cheeseman, Timothy Connelly, and Firearms Policy Coalition, Inc.
Address: Gellert Seitz Busenkell & Brown, LLC 1201 N. Orange Street, Suite 300, Wilmington, DE 19801
Telephone No.: (302) 416-3344
Fax No.:
E-mail: blehman@gsbblaw.com

Name of Counsel: Daniel L. Schmutter
Name of Party(ies): Blake Ellman, Thomas R. Rogers, and Association of New Jersey Rifle and Pistol Clubs, Inc.
Address: Hartman & Winnicki, P.C., 74 Passaic Street, Ridgewood, NJ 07450
Telephone No.: (201) 967-8040
Fax No.:
E-mail: dschmutter@hartmanwinnicki.com

Is this a Cross-Appeal?  Yes ☑  No ☐
Appeals Docket No.: 24-2415

Was there a previous appeal in case?  Yes ☐  No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?　Yes ☐　No ☑
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
　Yes ☐　No ☑

If you answered yes to either "a" or "b" please provide:
Case Name:_____
D.C. Docket No.:_____
Court or Agency:_____
Docket Number:_____
Citation, if reported:_____

## NATURE OF SUIT
**(Check as many as apply)**

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☑ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

2. TORTS
☐ ADMIRALTY
☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this __23rd__ day of __August__, 20__24__.

Signature of Counsel: /s/ Daniel M. Vannella