OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

August 26, 2024

Angela Cai
Office of Attorney General of New Jersey
25 Market Street
Richard J. Hughes Justice Complex
P.O. Box 112
Trenton, NJ 08625

Christopher J. Ioannou
Office of Attorney General of New Jersey
Division of Law
25 Market Street
Hughes Justice Complex
Trenton, NJ 08625

Rachel Manning
Office of Attorney General of New Jersey
Division of Law
25 Market Street
Hughes Justice Complex
Trenton, NJ 08625

Timothy Sheehan
Office of Attorney General of New Jersey
Division of Law
25 Market Street
Hughes Justice Complex
Trenton, NJ 08625

Daniel M. Vannella
Office of Attorney General of New Jersey
Division of Law

25 Market Street
Hughes Justice Complex
P.O. Box 112
Trenton, NJ 08625

RE: Association of New Jersey Rifle and Pistol Clubs I, et al v. Attonrey General New Jersey, et al
Case Number: 24-2450
District Court Case Number: 1-22-cv-04397
District Court Case Number: 1-18-cv-10507
District Court Case Number: 1-22-cv-04360

Dear Counsel:

Pursuant to our docketing letter dated **August 9, 2024**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**

The above listed forms must be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**

Very Truly Yours,

s/ Patricia S. Dodszuweit
Clerk

By: s/ James King
Case Manager
Direct Dial: 267-299-4958

cc:   Kathleen N. Fennelly, Esq.
Mitchell B. Jacobs, Esq.
Bradley Lehman, Esq.
Daniel L. Schmutter, Esq.