**Nos. 24-2450, 24-2514, 24-2506**

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, *ET AL.*,

*Plaintiffs-Appellants*,

v.

ATTORNEY GENERAL NEW JERSEY, *ET AL.*,

*Defendants-Appellees*.

Appeal from the United States District Court for the District of New Jersey,
Nos. 1:22-cv-04397; 1:18-cv-10507; and 1:22-cv-04360,
Hon. Renee M. Bumb, U.S.C.D.J. and Hon. Peter G. Sheridan, U.S.D.J.

## MOTION TO WITHDRAW LINDA H. MARTIN

Amicus-Appellees Giffords Law Center, Brady Center to Prevent Gun Violence, March For Our Lives, BluewaveNJ, Ceasefire New Jersey Project of The Princeton Based Coalition For Peace Action, National Council of Jewish Women Essex County Section, Unitarian Universalist Faithaction New Jersey, and United Mercer Interfaith Organization ("Amicus-Appellees") move to withdraw Linda H. Martin as counsel in this appeal. Ms. Martin has left the law firm Freshfields US LLP, which represents Amicus-Appellees in this appeal. All other counsel who have entered an appearance for Amicus-Appellees will continue to represent Amicus-Appellees.

Dated:  April 22, 2025

Respectfully submitted,

/s/ Linda H. Martin

Linda H. Martin
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2566
linda.h.martin@bakerbotts.com

*Outgoing Counsel for Amicus-Appellees Giffords Law Center, Brady Center to Prevent Gun Violence, March for Our Lives, BluewaveNJ, Ceasefire New Jersey Project Of The Princeton Based Coalition For Peace Action, National Council of Jewish Women Essex County Section, Unitarian Universalist Faithaction New Jersey, and United Mercer Interfaith Organization*

## CERTIFICATE OF COMPLIANCE, BAR MEMBERSHIP, AND ELECTRONIC VIRUS CHECK

The foregoing filing complies with the relevant type-volume limitations and typeface and type style requirements of the Federal Rules of Appellate Procedure and Third Circuit Local Rules because it has been prepared using a proportionally spaced typeface, including serifs, in 14-point Times New Roman font using Microsoft Word and includes 50 words, excluding the parts exempted by the Rules.

Pursuant to Local Appellate Rules 28.3(d) and 46.1(e), I hereby certify that I am an active member in good standing of the Bar of the United States Court of Appeals for the Third Circuit.

Pursuant to Local Appellate Rule 31.1(c), I hereby certify that the virus detection program Windows Defender was run on the electronic file containing this motion and that no virus was detected.

Dated:  April 22, 2025                                */s/ Linda H. Martin*
                                                     Linda H. Martin

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system on April 22, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 22, 2025                    */s/ Linda H. Martin*
                                          Linda H. Martin