UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No.** 24-2450

See Addendum for Consolidated Appeals Nos. 24-2415 & 24-2506

ANJRPC et al. vs. NJ Attorney General et al.

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

Attorney General of NJ; Superintendent of NJ State Police; Ocean County Prosecutor; Acting Gloucester County Prosecutor

Indicate the party's role IN THIS COURT (check **only** one):

- [ ] Petitioner(s)
- [x] Appellant(s)
- [ ] Intervenor(s)
- [ ] Respondent(s)
- [ ] Appellee(s)
- [ ] Amicus Curiae

(Type or Print) Counsel's Name Jake Mazeitis

- [x] Mr.
- [ ] Ms.
- [ ] Mrs.
- [ ] Miss
- [ ] Mx.

Firm Office of the NJ Attorney General

Address 25 Market St, PO Box 080

City, State, Zip Code Trenton, NJ 08625

Phone 609-696-3859 Fax

**Primary E-Mail Address (required)** jake.mazeitis@oag.gov
**Additional E-Mail Address (1)** osg@oag.gov
**Additional E-Mail Address (2)**
**Additional E-Mail Address (3)**

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ Jake Mazeitis

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

**Addendum**

This Court has consolidated the above-caption appeal, No. 24-2450, with No. 24-2415 (*Cheeseman v. Attorney General of New Jersey*), and No. 24-2506 (*ANJRPC v. Attorney General of New Jersey*). These cases were also consolidated at the district court.

The above-signed counsel is hereby also entering an appearance on behalf of:

- The same parties as listed above in No. 24-2415
- On behalf of the Attorney General of New Jersey and the Superintendent of State Police in No. 24-2506.

In both Nos. 24-2415 and 24-2506, the above-signed counsel represents these parties as **Appellees**.